1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | |
|---|---|
| CLIFFORD JONES, | 1:06-CV-00307 OWW LJO HC |
|               Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #5] |
|    v. | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [Doc. #1] |
| D. SMITH, Warden, et al., | |
|               Respondents. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

19
20
21
22
23
24
25
26
27
28

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On May 5, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED.  The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

     On May 30, 2006, Petitioner filed objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. Petitioner was not shown any prejudice resulting from the Bureau's failure to timely provide a copy of the hearing officer's report. Petitioner claims that had he timely been given a copy of the report, he would have been able to pursue an appeal. However, as discussed by the Magistrate Judge, the Bureau acknowledged its failure to timely provide a copy and granted Petitioner leave to file a late appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 5, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED; and

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    June 24, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE